**FILED**

| PROB 22 | FEB 1 2 2007 | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | TRANSFER OF JURISDICTION U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY_____ DEPUTY CLERK | 1:96CR05026-001 1:96CR05105-001 |
| | | DOCKET NUMBER (Rec. Court) 8:67-CR-00623-T-23EAJ |

| NAME AND ADDRESS OF SUPERVISED RELEASEE

Jon Allen Curry
Tampa, Florida (City/State only) | DISTRICT

Eastern District of California | DIVISION

Southern - Fresno |
|---|---|---|
| | NAME OF SENTENCING JUDGE

The Honorable Robert E. Coyle | |
| | DATES OF SUPERVISED RELEASE: | FROM 10/03/2006 | TO 10/02/2009 |

**OFFENSE**   18 USC 2113(a) - Bank Robbery

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida - Tampa upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_1-10-07_
Date

_____
Senior United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_1/31/07_
Effective Date

_____
United States District Judge

CC:  United States Attorney
     FLU Unit-United States Attorney's Office
     Fiscal Clerk-Clerk's Office

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____
Deputy Clerk

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG